UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDY COBERLY,<br><br>        Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 2:25-cv-01860 CSK<br><br>ORDER GRANTING IFP AND DIRECTING E-SERVICE<br><br>(ECF No. 2) |

Presently pending before the Court is Plaintiff Mandy Coberly's motion for leave to proceed in forma pauperis. *See* 28 U.S.C. § 1915 (authorizing the commencement of an action "without prepayment of fees or security" by a person that is unable to pay such fees).[1] (ECF No. 2.) Plaintiff submitted the required affidavit, which demonstrates an inability to prepay fees and costs or give security for them. Accordingly, IT IS HEREBY ORDERED that:

    1.    Plaintiff's request to proceed in forma pauperis (ECF No. 2) is GRANTED;

    2.    The Clerk of Court is directed to issue a summons for this case;

    3.    In keeping with the Court's e-service procedure for Social Security cases,[2]

---

[1] Actions involving review of Social Security decisions are referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).

[2] https://www.caed.uscourts.gov/caednew/index.cfm/news-archive/new-social-security-

1

1  service on the Defendant Commissioner of Social Security Administration
2  shall proceed under the Court's e-service program as follows. Once a
3  summons is issued, the Clerk of Court shall deliver to the Commissioner of
4  Social Security Administration and the United States Attorney's Office at
5  their designated email addresses a notice of electronic filing of the action
6  along with the summons and complaint. The Commissioner has agreed not
7  to raise a defense of insufficient service of process if provided with notice
8  of a complaint as detailed in this order. This order is not intended to
9  prevent parties from making any other motions that are appropriate under
10 the Federal Rules of Civil Procedure; and

11  4.   The Clerk of the Court is directed to serve the undersigned's scheduling
12       order in Social Security cases.

14  Dated:  July 9, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

19  5, cobe.1860.25

28  case-procedures-effective-after-june-15-2021/.

2